## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| | : | |
| v. | : | Honorable Jessica S. Allen |
| | : | |
| NABEEN LEIGH SINGHA | : | Mag. No. 22-8201 |
| | : | |

I, Christopher Moriarty, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Bureau of Alcohol Tobacco Firearms and Explosives and that this complaint is based on the following facts:

### SEE ATTACHMENT B

Christopher Moriarty, Special Agent
Department of Homeland Security
Homeland Security Investigations

Sworn to and subscribed via telephone
May 26, 2022, New Jersey
Authorized telephonically pursuant to Fed. R. Crim. P. Rule 4.1

Hon. Jessica S. Allen
United States Magistrate Judge

s/ The Honorable Jessica S. Allen
Signature of Judicial Officer

**ATTACHMENT A**

## COUNT ONE
### (Sexual Exploitation of a Child)

In or around January 2022 through March 2022, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

NABEEN LEIGH SINGHA,

did knowingly use, persuade, induce, entice, or coerce any minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, namely by computer.

In violation of Title 18, United States Code, Sections 2251(a) and (e) and Title 18, United States Code, Section 2.

## COUNT TWO
### (Receipt of Child Pornography)

In or around January 2022 through March 2022, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

### NABEEN LEIGH SINGHA,

did knowingly receive any visual depiction that had shipped or transported in and affecting interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b).

## COUNT THREE
### (Possession of Child Pornography)

On or about March 29, 2022, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

NABEEN LEIGH SINGHA,

did knowingly possess child pornography, at least one matter which contains any visual depiction that had been shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

**ATTACHMENT B**

I, Christopher Moriarty, am a Special Agent with Department of Homeland Security, Homeland Security Investigations. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and evidence. Because this Complaint is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause. All included statements are related in substance and in part. All dates and times are approximations.

1.      At all times relevant to this Complaint, defendant Nabeen Leigh Singha (SINGHA) was a resident of West Orange, New Jersey.

2.      On or about March 29, 2022, SINGHA arrived at Newark Liberty International Airport aboard a flight from Toronto, Canada. Upon his return to the United States and arrival at the airport, law enforcement conducted a border search of the luggage in SINGHA's possession. Law enforcement located multiple electronic devices in SINGHA's possession, including a Samsung Galaxy S21 Ultra cellular device ("SUBJECT DEVICE"). SINGHA declared all electronic devices to law enforcement as his property. SINGHA provided his phone number as PHONE NUMBER-1.

3.      Law enforcement conducted preliminary searches of the electronic devices, to include the SUBJECT DEVICE, pursuant to border search authority. Upon conducting a preliminary search of the SUBJECT DEVICE, law enforcement identified multiple conversations within the SUBJECT DEVICE involving the production and distribution of images and videos of possible child sexual abuse material. Additionally, law enforcement identified images and videos possibly containing child sexual abuse material.

4.      SINGHA waived his Miranda rights, and in an interview with law enforcement provided his address in West Orange, New Jersey ("RESIDENCE-1"), and stated that he used Verizon Fios as his home internet provider.

5.      A lawful search and forensic extraction of SINGHA's SUBJECT DEVICE was completed. PHONE NUMBER-1 was identified as the number assigned to the SUBJECT DEVICE.

6.      During an examination of the data extracted from the SUBJECT DEVICE, law enforcement identified screenname "freaky_jason_666" within an

online messenger application of the SUBJECT DEVICE utilized to engage a sixteen-year-old female ("Minor Victim-1") in a sexually explicit conversation in or around January 2022 through March 2022. During the conversation, "freaky_jason_666" requested and paid Minor Victim-1 to send premade sexually explicit images and videos of herself. Additionally, "freaky_jason_666" directed Minor Victim-1 to produce sexually explicit custom videos of herself and send them to him through the online messenger application as well as additional file sharing platform applications. "Freaky_jason_666" identified Minor Victim-1's age in the beginning of their conversation in January 2022 and requested that Minor Victim-1 state her age in the production of the custom videos.

7.    The investigation revealed that the offending account username "freaky_jason_666" with additional identifier "Jason Vorhees" was registered to an email account that contains SINGHA's initials in the address ("EMAIL ACCOUNT-1"). Law enforcement identified subscriber information related to EMAIL ACCOUNT-1 as "Nabane Singha" of RESIDENCE-1. Additional payment information related to EMAIL ACCOUNT-1 lists another email account that contains SINGHA's name in the address ("EMAIL ACCOUNT-2) and PHONE NUMBER-1.

8.    On or around January 8, 2022, "freaky_jason_666" messaged Minor Victim-1 for a premade video. Minor Victim-1 stated that she would send one video. In February 2022, "freaky_jason_666" messaged, "just watched the vid you sent a while back and you are so fucking sexy". On or around February 14, 2022, "freaky_jason_666" messaged, "If I pay now can you send me something now? Like a vid or something. I wanna cum to you now." SINGHA's payment records from a mobile payment service ("PAYMENT APP-1") show sent payment to Minor Victim-1. Minor Victim-1 then sent links to an online file sharing service ("OFSS-1) to "freaky_jason_666". Additionally, "freaky_jason_666" stated, "send me your drop boxes, I love them."

9.    The investigation revealed that SINGHA had the file sharing application OFSS-1 installed in the SUBJECT DEVICE. SINGHA had EMAIL ACCOUNT-1 linked to OFSS-1 within the SUBJECT DEVICE. Additionally, law enforcement discovered multiple folders in the SUBJECT DEVICE containing sexually explicit images and videos of Minor-Victim-1. The file and folder names of the videos and images matched those of images and videos found within conversations between "freaky_jason_666" and Minor Victim-1.

10.    Internet Protocol Address 108.53.9.136 ("IP ADDRESS-1") was linked to the account "freaky_jason_666" from approximately October 2021 through March 2022. Law enforcement identified IP ADDRESS-1was assigned to

customer "Nabeen Singha" at account address RESIDENCE-1 during the time period of January 2022 through March 2022.

11.    Additionally, authentication logs from the same OFSS-1 account show time stamps of August 26, 2021, and April 18, 2022, from IP ADDRESS-1. The same IP address was used to make Singha's travel reservation for his flight to and from Toronto, Canada on March 29, 2022. The reservation was made on March 23, 2022, with PHONE NUMBER-1 and an associated reservation email address that contained SINGHA's name in the address ("EMAIL ACCOUNT-3").

12.    On or around February 19, 2022, "freaky_jason_666" discussed "cam sessions" with Minor Victim-1. Specifically, "freaky_jason_666" messaged Minor Victim-1 "I would love a video with you talking dirty, taking about your age. And also a video with your ass up from behind fingering your p***y."[1]

13.    On or about February 21, 2022, Minor Victim-1 sent two videos to "freaky_jason_666" within the messaging application:

    a. File "8de9bb7d-81ca-4fef-ae1b-34094d35c180.mp4": This video file is approximately 1 minute and 59 seconds in length. The video depicts a pubescent female stating her age multiple times while undressing and exposing her vagina and breasts to the camera.

    b. File "6275eb8b-1bd8-4c59-993f-028799df72bb.mp4": This video is approximately 1 minute and 59 seconds in length. The video appears to depict the same female from video File "8de9bb7d-81ca-4fef-ae1b-34094d35c180.mp4". The video begins with the female, nude with breasts and vagina exposed to the camera. The female digitally penetrates her vagina repeatedly with her buttocks toward the camera.

14.    Law enforcement was able to identify the female in each video as Minor Victim-1.

15.    The investigation revealed that SINGHA sent payment to Minor Victim-1 through "PAYMENT APP-1" with username "Jason X". Law enforcement identified that PAYMENT APP-1 username "Jason X" is linked to PHONE NUMBER-1 and utilized funding source CREDIT CARD-1. SINGHA was in possession of CREDIT CARD-1 during the border search at Newark Liberty International Airport on March 29, 2022, and had images of CREDIT CARD-1

---

[1] The content of the message did not contain asterisks in place of letters. They have been used in this complaint because of the vulgarity of the original message. The original message used the term to refer Minor Victim-1's vagina.

within the SUBJECT DEVICE. Additional payment source history for the PAYMENT APP-1 of "Jason X" with CashTag "jasonvorhees666" and sms PHONE NUMBER-1 has CREDIT CARD-2. CREDIT CARD-2 was also in SINGHA's possession during the border search at Newark Liberty International Airport on March 29, 2022.